COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| NCS MULTISTAGE, LLC, | § | No. 08-23-00219-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| BOYD & MCWILLIAMS ENERGY GROUP, INC.; BOYD & MCWILLIAMS OPERATING; RUBICON OIL & GAS II LP; OIE WINKLER JV, LP; HARRY M. BETTIS, JR., LLC; JOHN D. BETTIS LLC; COLLINS PERIMAN, LP; ROCKPORT OIL & GAS LLC; DAVID MCWILLIAMS; and EKH MINERALS, | § § § § | of Winkler County, Texas (TC#DC19-17669) |
| Appellees. | § § | |

## MEMORANDUM OPINION

Before this Court is Appellant's unopposed motion to dismiss. Appellant's motion states that the parties have settled the dispute underlying this appeal and seeks a dismissal pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) (voluntary dismissal by agreement). That rule provides for this Court to: "(A) render judgment effectuating the parties' agreement; (B) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for

rendition of judgment in accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement." TEX. R. APP. P. 42.1(a)(2)(A)–(C).

Because the parties have not filed a joint motion or a settlement agreement with the clerk as required by Rule 42.1(a)(2), we construe the motion and relief requested therein as a motion by Appellant to dismiss the appeal under Rule 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant.). The motion to dismiss the appeal is granted. Costs of the appeal are taxed against the party incurring the same pursuant to the unopposed motion. *See* TEX. R. APP. P. 42.1(d).


LISA J. SOTO, Justice

February 15, 2024

Before Alley, C.J., Palafox and Soto, JJ.